IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-MC-139-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| TED A. MERRELL, | ) | |
| Respondent. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Status Report" (Document No. 9) filed by the parties in this matter on January 19, 2016. The Court commends the parties for their continuing efforts to resolve this matter short of a contested hearing. As suggested in the Status Report, the Court will direct that the parties provide a further Status Report updating the Court on further developments on or before March 19, 2016.

**SO ORDERED**.

Signed: January 20, 2016

David C. Keesler
United States Magistrate Judge

1